IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANICQUA BRYANT,**<br>         **Plaintiff,**<br><br>         v.<br><br>**POTTSGROVE SCHOOL DISTRICT and ANN MARIE LUCAS in her personal and official capacities,**<br>         **Defendants.** | **CIVIL ACTION**<br><br><br><br>No. 25-3140 |

# O R D E R

**AND NOW**, this 19th day of September, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 11) and Plaintiff's Response in Opposition thereto (ECF No. 13), and for the reasons set forth in the Court's Memorandum of September 19, 2025, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED in part and DENIED in part** as follows:

1. Defendants' motion is **GRANTED** with respect to the following claims, which are **DISMISSED WITH PREJUDICE**:

    a. All claims for perjury under 18 U.S.C. § 1621 and 18 Pa. C.S.A. § 4902 against all Defendants; and

    b. The claims for defamation, intentional infliction of emotional distress, and false light against Pottsgrove School District.

2. Defendants' motion is **GRANTED** with respect to the following claims, which are **DISMISSED WITHOUT PREJUDICE**:

    a. The Establishment Clause claim brought pursuant to 42 U.S.C. § 1983 against all Defendants; and

b. The equal protection claim brought pursuant to 42 U.S.C. § 1983 against all Defendants.

3. Defendants' motion is **DENIED** in all other respects.

**BY THE COURT:**

    /s/ Wendy Beetlestone
**WENDY BEETLESTONE, C.J.**

    b. The equal protection claim brought pursuant to 42 U.S.C. § 1983 against all Defendants.

3. Defendants' motion is **DENIED** in all other respects.

**BY THE COURT:**

    /s/ Wendy Beetlestone
**WENDY BEETLESTONE, C.J.**