## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANICQUA BRYANT,<br>     **Plaintiff,**<br><br>     **v.**<br><br>POTTSGROVE SCHOOL DISTRICT and<br>ANN MARIE LUCAS in her personal and<br>official capacities,<br>     **Defendants.** | **CIVIL ACTION**<br><br><br>**No. 25-3140** |

## O R D E R

**AND NOW**, this 7th day of April, 2026, in consideration of Plaintiff's Motion to Amend Complaint (ECF Nos. 28, 30), and Defendant's Response in Opposition thereto (ECF No. 29) it is **HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff's (ECF No. 31 – Second Amended Complaint) shall be **STRICKEN FROM THE DOCKET** for failure to comply with Federal Rule of Civil Procedure 15(a).

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, C.J.**