## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANICQUA BRYANT,<br>                    **Plaintiff,** | CIVIL ACTION |
| **v.** | |
| POTTSGROVE SCHOOL DISTRICT and<br>ANN MARIE LUCAS in her personal and<br>official capacities,<br>                    **Defendants.** | NO.  25CV3140 |

## O R D E R

**AND NOW**, this 21st day of July, 2026, in consideration of Defendants' Motion for

Summary Judgment (ECF No. 27), it is **HEREBY ORDERED** that Defendants' Motion is

**GRANTED**.  The Clerk of Court **SHALL TERMINATE** the above-captioned action and mark

it as **CLOSED**.


                                        BY THE COURT:


                                        S/ WENDY BEETLESTONE

                                        _____

                                        **WENDY BEETLESTONE, C.J.**